UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01066-SKC

FRED NEKOUEE, individually,                    :
                                               :
                Plaintiff,                     :
                                               :
vs.                                            :
                                               :
NATIONAL RETAIL PROPERTIES, LP, a              :
Delaware limited partnership;                  :
                                               :
and                                            :
                                               :
BEST BUY CO., INC., a Minnesota                :
corporation;                                   :
                                               :
                Defendants.                    :
_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the

Court that the Defendants have reached a settlement in principle with Plaintiff Fred Nekouee.

Said parties expect to finalize the settlement within the next 21 days.

                                 Respectfully submitted,

                                 s/Robert J. Vincze_____
                                 Robert J. Vincze (CO #28399)
                                 Law Offices of Robert J. Vincze
                                 PO Box 792 Andover, Kansas 67002
                                 Phone: 303-204-8207
                                 Email: vinczelaw@att.net

                                 *Attorney for Plaintiff Fred Nekouee*

## **CERTIFICATE OF SERVICE**

I certify that on May 29, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.


s/Robert J. Vincze
Robert J. Vincze (CO #28399)