UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01066-SKC

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| NATIONAL RETAIL PROPERTIES, LP, a Delaware limited partnership; | : |
| | : |
| and | : |
| | : |
| BEST BUY CO., INC., a Minnesota corporation; | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement. Except as otherwise agreed, each party to bear its own costs and attorney's fees.

DATE:  June 10, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207; Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*
and

1

2

MONTGOMERY AMATUZIO CHASE BELL JONES, LLP

By: *s/Christy N. Redmond*
Lori K. Bell
Christy N. Redmond
4100 East Mississippi Avenue, 16th Floor
Denver, CO 80246
Phone: 303-592-6600
lbell@mac-legal.com
credmond@mac-legal.com

*Attorneys for Defendants National Retail Properties, LP and Best Buy Co., Inc.*

### CERTIFICATE OF SERVICE

I certify that on June 10, 2020, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

                                           s/Robert J. Vincze
                                           Robert J. Vincze (CO #28399)